UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62216-SMITH/VALLE

ANTHONY PENA,

    Plaintiff,

v.

DSM LOGISTICS CORP V, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation to District Judge [DE 18], in which the Magistrate Judge recommends granting in part Robert S. Norell's Verified Motion for Attorney's Fees [DE 13]. No objections have filed in response to the Report and Recommendation. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is

    **ORDERED** that

1. The Report and Recommendation [DE 18] is **AFFIRMED AND ADOPTED**.

2. Robert S. Norell's Verified Motion for Attorney's Fees [DE 13] is **GRANTED IN PART**. Attorney Norell is awarded three thousand three hundred dollars ($3,300) in fees and four hundred sixty dollars ($460) in costs.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 21st day of July, 2021.

                                                     RODNEY SMITH
                                                     UNITED STATES DISTRICT JUDGE

cc:    Counsel of record